# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. JOHN DALTON                                        Docket No. 3:00CR00264 (AVC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

      **COMES NOW** Steven J. Lambert, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of John Dalton who was sentenced to 51 months imprisonment for a violation of 18 U.S.C. Section 2113 (a), Bank Robbery by the Honorable Alfred V. Covello, Senior United States District Judge sitting in the court at Hartford, Connecticut on August 5, 2002 who fixed the period of supervision at 36 months which commenced on August 12, 2004 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The defendant shall participate in substance abuse treatment, either inpatient or outpatient, approved by the Probation Office which may include drug testing; 2) The defendant shall participate in a mental health treatment program approved by the Probation Office; 3) The defendant shall pay restitution in the amount of $14,703 to Fleet Bank; $2,114 to Peoples bank; $1,500 to North American Bank & Trust and $5,775 to First National Bank; 4) The defendant shall participate in vocational/educational training as deemed necessary by the Probation Office.

Mr. Dalton's term of supervised release is scheduled to expire on August 12, 2007.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following condition of supervised release:

**Charge No.1:** Mandatory Condition: "You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance."

On August 10, 2005, John Dalton was arrested in New Haven, Connecticut and charged with Robbery 1st Degree, Larceny 1st Degree, Threatening and Weapon in Motor Vehicle. Police reports reflect that Mr. Dalton entered the Bank of Southern Connecticut and handed a bank teller a note that said, "I have a gun, give me $5,000 dollars, no dye pack, no silent alarm." The teller proceeded to give Mr. Dalton a large amount of cash after which he exited the bank and entered a vehicle. He was subsequently arrested in the parking lot of the bank where police found the stolen money in addition to a large knife in his vehicle. He is being detained at the Whalley Avenue Jail and is scheduled to appear in New Haven Superior Court on August 30, 2005.

      **PRAYING THAT THE COURT WILL ORDER** a warrant to issue to be lodged as a detainer and toll Mr. Dalton's term of supervised release..

**ORDER OF COURT**

Considered and ordered this _31_ day of August, 2005 and ordered filed and made a part of the records in the above case.

_____
The Honorable Robert N. Chatigny
Chief United States District Judge

Sworn to By _____
Steven J. Lambert
Senior United States Probation Officer

Place _August 31, 2005_
Date _Hartford, CT_

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this _31_ day of August, 2005 at Hartford, Connecticut, Senior United States Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

                                                                             The Honorable Robert N. Chatigny
                                                                             Chief United States District Judge