UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM. NO. 3:00cr00264(AVC) |
| v. | : | |
| | : | |
| | : | |
| JOHN DALTON | : | January 27, 2006 |

<u>APPEARANCE</u>

Mr. Clerk:

    Please enter my appearance as counsel for the Government, in the above-referenced case.

    Dated at Hartford, Connecticut on the 27th day of January 2006.

                                  Respectfully submitted,

                                  KEVIN J. O'CONNOR
                                UNITED STATES ATTORNEY

                                GEOFFREY M. STONE
                                ASSISTANT U.S. ATTORNEY
                                Federal Bar No. ct16075
                                450 Main Street
                                Hartford, CT 06103
                                (860) 947-1101

**CERTIFICATION OF SERVICE**

    This is to certify that the within and foregoing has been mailed, first class, this 27th day of January, 2006 to:

Paul Thomas, Esq.
Assistant Federal Public
Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510

_____
GEOFFREY M. STONE
ASSISTANT UNITED STATES ATTORNEY