UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :
                                :   CRIM. NO. 3:00cr00264(AVC)
        v.                      :
                                :
                                :
JOHN DALTON                     :   January 27 2006

<u>GOVERNMENT'S MOTION FOR DETENTION</u>

Pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 3143(a), the Government hereby requests that the defendant be ordered detained pending a revocation hearing. Pursuant to Rule 32.1, the burden is on the defendant to establish that he will not flee or pose a danger to any person or the community. Pursuant to 18 U.S.C. § 3143(a)(2), because the underlying offense and the defendant's recent offense are crimes of violence, "[t]he judicial officer shall order that . . . [the defendant] be detained" unless the judicial officer finds that there is a substantial likelihood that a motion for acquittal or new trial will be granted or the Government has recommended that no sentence of imprisonment be imposed and the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to any other person in the community. In the instant case, the defendant cannot establish a substantial likelihood that a motion for acquittal or new trial will be granted. In addition, the

1

Government is recommending that a sentence of imprisonment be imposed.  Accordingly, the Government respectfully submits that, pursuant to 18 U.S.C. §3143(a)(2), the Court "shall order that . . . [the defendant] be detained."

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY


                              GEOFFREY M. STONE
                              ASSISTANT U.S. ATTORNEY
                              Federal Bar No. ct16075
                              450 Main Street
                              Hartford, CT 06103
                              (860) 947-1101

## CERTIFICATION OF SERVICE

        This is to certify that the within and foregoing has been hand delivered this 27th day of January, 2006 to:

Counsel of Record


        _____
        GEOFFREY M. STONE
        ASSISTANT UNITED STATES ATTORNEY